**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CURTIS DANIELS,                    No. C-09-0270 TEH (PR)
12              Petitioner,
13         v.                           ORDER
14   BEN CURRY, Warden,
15              Respondent.
16   _____/
17
18        Petitioner, a state prisoner incarcerated at the
19   Correctional Training Facility in Soledad, California, has filed a
20   pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254
21   challenging the California Board of Parole Hearings' ("BPH") refusal
22   to grant him parole.  Doc. #1.  After the Court issued an Order to
23   Show Cause, Respondent filed a Motion to Dismiss on the ground that
24   Petitioner failed to specify which parole suitability hearing he is
25   challenging.  Doc. #9; see Doc. #8.  Petitioner filed an Opposition,
26   referring to the "attached" BPH transcript of his February 14, 2007
27   parole suitability hearing.  Doc. #10 at 1.  Respondent filed a
28   Reply, Doc. #11; the Motion to Dismiss is now submitted.

The Court has reviewed all documents filed in this case; Petitioner failed to attach the BPH transcript of his February 14, 2007 parole suitability hearing.  Therefore, within thirty (30) days from the date this Order is filed, Petitioner must file a copy of the February 14, 2007 BPH transcript; otherwise Respondent's Motion to Dismiss will be granted and the Petition will be dismissed.

IT IS SO ORDERED.

DATED   11/13/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.09\Daniels-09-270-order to file BPH transcript.wpd

**United States District Court**
For the Northern District of California

2